NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1552

KEITH RUSSELL JUDD,

Plaintiff-Appellant,

v.

FEDERAL PRISON INDUSTRIES, INC., BOARD OF DIRECTORS,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-00225, Judge Marcia A. Crone.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

Keith Russell Judd moves for leave to proceed in forma pauperis.

We note that this appeal was dismissed on September 22, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

DEC 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Keith Russell Judd

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK